UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TELINA S. FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-550-TAV-JEM |
| | ) | |
| KNOX COUNTY, TENNESSEE, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Emergency Motion for E-Filing Access in All Three Cases [Doc. 4]. Plaintiff who is proceeding pro se states that she faces "imminent unlawful custody" and "requires immediate electronic filing capability to address emergency motions" [*Id*. ¶ 1]. She requests leave to electronically file documents, arguing that "[p]aper filing prevents immediate emergency relief consideration" and that her cases "require electronic organization and immediate filing capability" [*Id*. ¶¶ 5, 7].

Rule 5 of the ECF Filing Rules and Procedures of this Court provides, "A party to an action who is not represented by an attorney may, with the Court's permission, register as an E-Filer solely for purposes of that action."[1] The Court finds Plaintiff's request to file electronically well taken, and the Court **GRANTS** the motion [**Doc. 4**]. Plaintiff **SHALL** be allowed to access the CM/ECF system subject to the same terms and conditions that apply to other users.

---

[1]     Plaintiffs may access the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee at the following internet address: https://www.tned.uscourts.gov/local-rules-and-standing-orders.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge