UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TELINA S. FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:25-CV-550-TAV-JEM |
| | ) | |
| HONORABLE HECTOR SANCHEZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on July 22, 2026 [Doc. 25]. In the R&R, Judge McCook granted plaintiff's Applications to Proceed in District Court without Prepaying Fees or Costs [*Id.* at 1–2, 11; *see* Docs. 2, 17]. However, after screening the complaints, Judge McCook recommended that the Court dismiss plaintiff's complaint [*see* Doc. 1] and amended complaint [Doc. 12] with prejudice [Doc. 25, pp. 7–11]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendations. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 25]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED with prejudice**, and plaintiff's pending motions [Docs. 3, 5, 14, 18] are **DENIED as moot**. The Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE